**UNPUBLISHED**

UNITED STATES COURT OF APPEALS
FOR THE FOURTH CIRCUIT

---

**No. 97-1792**

---

THELMA V. ALLEN, Widow of Thomas G. Allen,

                                   Petitioner,

      versus

DIRECTOR, OFFICE OF WORKERS' COMPENSATION PRO-
GRAMS, UNITED STATES DEPARTMENT OF LABOR,

                                   Respondent.

---

On Petition for Review of an Order of the Benefits Review Board.
(94-676-BLA)

---

Submitted: October 10, 1997     Decided: November 12, 1997

---

Before MURNAGHAN and ERVIN, Circuit Judges and BUTZNER, Senior
Circuit Judge.

---

Affirmed by unpublished per curiam opinion.

---

Thelma V. Allen, Petitioner Pro Se. Cathryn Celeste Helm, Christian
P. Barber, UNITED STATES DEPARTMENT OF LABOR, Washington, D.C., for
Respondent.

---

Unpublished opinions are not binding precedent in this circuit.
See Local Rule 36(c).

PER CURIAM:

Appellant seeks review of the Benefits Review Board's decision and order affirming the administrative law judge's denial of black lung benefits pursuant to 30 U.S.C.A. §§ 901-945 (West 1986 & Supp. 1996). Our review of the record discloses that the Board's decision is based upon substantial evidence and is without reversible error. Accordingly, we affirm on the reasoning of the Board. <u>Allen v. Director, Office of Workers' Compensation Programs</u>, BRB No. 94-676-BLA, (B.R.B. July 26, 1996). We dispense with oral argument because the facts and legal contentions are adequately presented in the materials before the court and argument would not aid the decisional process.

<u>AFFIRMED</u>